IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donnashay Williams and Valerie Miles,<br><br>    Plaintiffs,<br><br>vs.<br><br>Michael J. Astrue, Commissioner of the<br>Social Security Administration,<br><br>    Defendant. | No. CV 09-213 TUC JMR (JM)<br><br>**REPORT AND RECOMMENDATION** |

    This is a Social Security case. On April 6, 2010, the Court issued an order to Plaintiffs to show cause why the Magistrate Judge should not issue a report and recommendation to the District Court recommending that this case be dismissed pursuant to Rule 4(m) for failure to serve. In response to the order, Plaintiffs submitted a letter which, in pertinent part, indicates that they were not aware of their obligation to serve the complaint on the defendants and were unaware of the procedures for service. The Court therefore extended the period for service and reiterated the procedures for service outlined in the denial letter provided to Plaintiffs by the Appeals Council.

    As of the date of this Report and Recommendation, the docket reflects that service has not been completed. As an extension and instructions were previously provided, the Magistrate Judge recommends that this matter be dismissed pursuant to Rule 4(m) for failure to serve the complaint.

**Recommendation**

Based on the foregoing, the Magistrate Judge recommends the District Court enter an order DISMISSING the Complaint without prejudice.

Pursuant to Federal Rule of Civil Procedure 72(b)(2), any party may serve and file written objections within 14 days of being served with a copy of this Report and Recommendation. If objections are not timely filed, they may be deemed waived. The parties are advised that any objections filed are to be identified with the following case number: **CV-09-0213-TUC-JMR**. Failure to timely file objections to any factual or legal determination of the Magistrate Judge may be considered a waiver of a party's right to *de novo* consideration of the issues. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*).

DATED this 24th day of August, 2010.

Jacqueline Marshall
United States Magistrate Judge